UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 65.96.2.94,<br><br>　　　　　　Defendant. | Civil Action No. 3:16-cv-01252-JAM |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP Address 65.96.2.94. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 24, 2016

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　By:　/s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (CT29991)
　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　445 Hamilton Avenue
　　　　　　　　　　　　　　　　Suite 1102
　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　T: 914-358-6423

                F: 914-358-6424
                E-mail: jjameslaw@optonline.net
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Jacqueline M. James*
                  Jacqueline M. James